# Court of Appeals
# of the State of Georgia

ATLANTA, February 13, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0221.  TEROME EVANS v. THE STATE.**

On December 20, 2012, the trial court entered an order revoking Terome Evans's first offender status and sentencing him to incarceration.  On January 23, 2013, Evans filed this application for discretionary appeal.  We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  In this case, the thirtieth day after entry of the revocation order fell on Saturday, January 19, 2013.  Ordinarily, the application would have been due on Monday, January 21.  But because that day was a legal holiday, the application was due on Tuesday, January 22.  See OCGA § 1-3-1 (d) (3).  The application was not filed, however, until Wednesday, January 23.  Because the application was not timely filed, it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/13/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, Clerk.